No. 464. INTERSTATE MOTOR FREIGHT SYSTEM *v.* DUBROCK. November 6, 1944. Petition for writ of certiorari

to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Roy Dickie* for petitioner. *Mr. J. Henry O'Neill* for respondent.